# IN THE UNITED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| MITCHELL C. MOONEY, | ) | |
| HARRISON GILMORE, | ) | |
| DONNIE L. THARP, and | ) | |
| SAMUEL KING, on behalf of | ) | |
| themselves and others similarly | ) | |
| situated, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NUMBER:** |
| | ) | **3:07-cv-1018** |
| | ) | **JURY DEMAND** |
| ARROW DISPOSAL/ADVANCE/ | ) | |
| URRUTIA, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** the plaintiffs Mitchell C. Mooney, Harrison Gilmore, Donnie

L. Tharp and Samuel King, plaintiffs in the above-captained matter, and in

accordance with the order of this Court, making the following disclosures concerning

parent companies, subsidiaries, partners, limited liability entity members and

managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable

under the provisions of the Middle District of Alabama's General Order No. 3047:

1

The plaintiffs in this case are individuals.

The plaintiffs have no knowledge of the defendant's parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates or similar entities.

Date:   November 27, 2007                    /s/Gregory O. Wiggins
                                             Counsel for the plaintiffs, Mitchell C.
                                             Mooney, Harrison Gilmore, Donnie L. Tharp
                                             and Samuel King

                                             Wiggins, Childs, Quinn & Pantazis, LLC
                                             The Kress Building
                                             301 19th Street North
                                             Birmingham, Alabama 35203
                                             205/314-0500

                                             Allwin E. Horn, IV
                                             ALLWIN E. HORN, IV, P.C.
                                             1130 South 22nd Street, Suite 4500
                                             Birmingham, Alabama 35205
                                             205/877-8700

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have filed the above and foregoing today, November 27, 2007, by CM/ECF, with copies being mailed, via first class mail with postage prepaid, to the following:

Arrow Disposal/Advance/Urrutia, Inc.
1522 Sanders Road
Alexander City, AL 35010

Arrow Disposal/Advance/Urritia, Inc.
1303 Washington Blvd.
Tallassee, AL 36078-5622

/s/Gregory O. Wiggins
OF COUNSEL