AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_Middle_ DISTRICT OF _Alabama_
_Eastern Division_

Mitchell C. Mooney, et al.,

v.

Arrow Disposal/Advanced
Urrutia, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:07CV1018-WKW

TO: (Name and address of defendant)   Arrow Disposal/Advanced/Urrutia, Inc.
1522 Sanders Road
Alexander City, AL
35010

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory O Wiggins

Wiggins Childs Quinn & Pantazis
301 19th Street North
Birmingham, Al 35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                       11.19.07
CLERK                                                  DATE

_[signature]_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11-26-07 |
| NAME OF SERVER (PRINT) Robert Sisson | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Robert Gibson

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-26-07
            Date

Signature of Server

1220 20th Street South
B'ham, AL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_Middle_ DISTRICT OF _Alabama_
Eastern Division

Mitchell C. Mooney, et al.

Alias SUMMONS IN A CIVIL CASE

V.

Arrow Disposal/Advanced Orrutia, Inc.

CASE NUMBER: 3:07-CV-1018-WKW

TO: (Name and address of defendant) Arrow Disposal/Advanced Orrutia, Inc.
1303 Washington Blvd.
Tallassee, AL 36078-5622

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory O Wiggins

Wiggins Childs Quinn & Pantazis
301 19th Street North
Birmingham, Al 35203

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                    11·27·07
**CLERK**                              **DATE**

_[signature]_
**(BY) DEPUTY CLERK**

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11-27-07 |
| NAME OF SERVER (PRINT) Robert Sisson | TITLE Process server |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: Sherry Beasley

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-27-07
             Date

Signature of Server

1220 20th St. South
B'ham AL.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.