**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  Mooney et al v. Arrow Disposal/Advance/Urrutia, Inc.

Case Number:   3:07-cv-01018-WKW

Referenced Pleading: Corp/Conflict Disclosure Statement  - Doc. 7

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

# IN THE UNITED DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MITCHELL C. MOONEY,** ) | |
| **HARRISON GILMORE,** ) | |
| **DONNIE L. THARP, and** ) | |
| **SAMUEL KING, on behalf of** ) | |
| **themselves and others similarly** ) | |
| **situated,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NUMBER:** |
| ) | **3:07-cv-1018** |
| ) | **JURY DEMAND** |
| **ARROW DISPOSAL/ADVANCE/** ) | |
| **URRUTIA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** the plaintiffs Mitchell C. Mooney, Harrison Gilmore, Donnie L. Tharp and Samuel King, plaintiffs in the above-captained matter, and in accordance with the order of this Court, making the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1

The plaintiffs in this case are individuals.

The plaintiffs have no knowledge of the defendant's parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates or similar entities.

Date:  November 27, 2007          /s/Gregory O. Wiggins
                                  Counsel for the plaintiffs, Mitchell C. Mooney, Harrison Gilmore, Donnie L. Tharp and Samuel King

                                  Wiggins, Childs, Quinn & Pantazis, LLC
                                  The Kress Building
                                  301 19th Street North
                                  Birmingham, Alabama 35203
                                  205/314-0500

                                  Allwin E. Horn, IV
                                  ALLWIN E. HORN, IV, P.C.
                                  1130 South 22nd Street, Suite 4500
                                  Birmingham, Alabama 35205
                                  205/877-8700

## CERTIFICATE OF SERVICE

      I do hereby certify that I have filed the above and foregoing today, November 27, 2007, by CM/ECF, with copies being mailed, via first class mail with postage prepaid, to the following:

Arrow Disposal/Advance/Urrutia, Inc.
1522 Sanders Road
Alexander City, AL 35010

Arrow Disposal/Advance/Urritia, Inc.
1303 Washington Blvd.
Tallassee, AL 36078-5622

                                              /s/Gregory O. Wiggins
                                              OF COUNSEL