IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MITCHELL C. MOONEY, HARRISON GILMORE, DONNIE L. THARP, and SAMUEL KING, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED DISPOSAL SERVICES and URRUTIA, INC.,<br><br>Defendants. | Case No. 3:07-cv-1018-WKM |

## MOTION FOR EXTENSION

Defendants Advanced Disposal Services and Urrutia, Inc., d/b/a Arrow Disposal, move this Court to extend the deadline for filing their response to the Complaint and for filing their Corporate Disclosure Statement from Monday, December 17, 2007, until Thursday, January 17, 2008, for the reasons set forth below. The undersigned has spoken to counsel for plaintiffs Mitchell Mooney, Harrison Gilmore, Donnie Tharp, and Samuel King ("plaintiffs"), and they do not oppose this motion. Extending the deadline will allow defendants time to gather the facts necessary to respond to the Complaint and to file the Corporate Disclosure Statement. For the foregoing reasons, defendants move the Court to extend the deadline for defendants to file their response to the Complaint and to

303339.1

2

file their Corporate Disclosure Statement from Monday, December 17, 2007 until Thursday, January 18, 2008.

Respectfully submitted this 11th day of December, 2007.

/s/ J. Tobias Dykes
J. Tobias Dykes (ASB-0483-E66J)
tdykes@constangy.com
**CONSTANGY, BROOKS & SMITH, LLC**
1819 Fifth Avenue North
Suite 900
Birmingham, Alabama 35203
Telephone (205) 252-9321
Facsimile (205) 323-7674

**ATTORNEY FOR DEFENDANTS ADVANCED DISPOSAL SERVICES AND URRUTIA, INC.**

## CERTIFICATE OF SERVICE

This is to certify that the undersigned electronically filed the foregoing Motion for Extension with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

>Gregory O. Wiggins
>WIGGINS CHILDS QUINN & PANTAZIS, LLC
>The Kress Building
>301 19th Street North
>Birmingham, AL  35203
>
>Allwin E. Horn, IV
>ALLWIN E. HORN, IV, PC
>1130 South 22nd Street, Ste. 4500
>Birmingham, AL  35205

This 11th day of December, 2007.

>>/s/ J. Tobias Dykes
>>Counsel of Record

303339.1