IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MITCHELL C. MOONEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1018-WKW |
| ) | |
| ADVANCED DISPOSAL SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the defendants' unopposed Motion for Extension (Doc. # 10), it is ORDERED that the motion is GRANTED. The deadlines for the defendants to respond to the complaint and to file their corporate disclosure statements are extended from December 17, 2007, to **January 17, 2008.**

DONE this 12th day of December, 2007.

        /s/ W. Keith Watkins
        UNITED STATES DISTRICT JUDGE