IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MITCHELL C. MOONEY, HARRISON GILMORE, DONNIE L. THARP, and SAMUEL KING, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED DISPOSAL SERVICES and URRUTIA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:07-cv-1018-WKM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW, MARGARET P. ZABIJAKA, of CONSTANGY, BROOKS & SMITH, LLC, counsel for ADVANCED DISPOSAL SERVICES and URRUTIA, INC., Defendants above-named, and files her motion for permission to appear pro hac vice, as follows:

1. I hereby certify that I have knowledge of the Local Rules of the United States District Court for the Middle District of Alabama.

2. I hereby certify that I am not a resident of the aforementioned Middle District of Alabama.

3. I hereby certify that I have been licensed to practice by the State Bar

of Florida since October 2, 1997.

4. Attached hereto as Exhibit A, is an original certificate of good standing from Sheryl L. Loesch, Clerk of the United States District Court for the Middle District of Florida.

5. A check in the amount of $20.00 for the appearance fee pursuant to L.R. 83.1(b), has been mailed contemporaneously to the clerk's office by U.S. Mail on December 28, 2007.

Respectfully submitted, this 28th day of December, 2007.

CONSTANGY, BROOKS & SMITH, LLC

*/s/ Margaret P. Zabijaka*
MARGARET P. ZABIJAKA
Florida State Bar No. 0119880

200 West Forsyth Street, Ste. 1700
Jacksonville, FL 32202-4317
(904) 356-8900

## CERTIFICATE OF SERVICE

This is to certify that the undersigned electronically filed the foregoing **MOTION FOR ADMISSION PRO HAC VICE** with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

>Gregory O. Wiggins
>WIGGINS CHILDS QUINN & PANTAZIS, LLC
>The Kress Building
>301 19th Street North
>Birmingham, AL  35203
>
>Allwin E. Horn, IV
>ALLWIN E. HORN, IV, PC
>1130 South 22nd Street, Ste. 4500
>Birmingham, AL  35205
>
>Tobias J. Dykes, Esq.
>Constangy Brooks & Smith LLC
>One Federal Place, Suite 900
>1819 Fifth Avenue North
>Birmingham, AL  35203

This 28th day of December, 2007.

>CONSTANGY, BROOKS & SMITH, LLC
>
>/s/ Margaret P. Zabijaka
>MARGARET P. ZABIJAKA
>Florida State Bar No. 0119880

200 West Forsyth Street, Ste. 1700
Jacksonville, FL  32202-4317
(904) 356-8900

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

I, Sheryl L. Loesch, Clerk of this Court,

certify that Margaret Philips Zabijaka, Bar Number 0119880,

was duly admitted to practice in this Court on

December 18, 1997, and is in good standing

as a member of the Bar of this Court.

Dated at Jacksonville, Florida, on December 19, 2007

SHERYL L. LOESCH
Clerk

Deputy Clerk