```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002728
Cashier ID: christin
Transaction Date: 01/03/2008
Payer Name: CONSTANGY BROOKS AND SMITH LLC
------------------------------------
PRO HAC VICE
 For: MARGARET PHILLIPS ZABIJAKA
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
------------------------------------
CHECK
 Remitter: CONSTANGY BROOKS AND SMITH LLC
 Check/Money Order Num: 3291
 Amt Tendered:   $20.00
------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00
```