IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MITCHELL C. MOONEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1018-WKW |
| ) | |
| ADVANCED DISPOSAL SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* (Doc. # 12) by defense counsel Margaret P. Zabijaka, it is ORDERED that the motion is GRANTED.

DONE this 8th day of January, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE