IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MITCHELL C. MOONEY, HARRISON GILMORE, DONNIE L. THARP, and SAMUEL KING, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED DISPOSAL SERVICES and URRUTIA, INC.,<br><br>Defendants. | Case No. 3:07-cv-1018-WKM |

**CONFLICT DISCLOSURE STATEMENT**

Defendant Advanced Disposal Services, Inc., makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

320908.1

| Reportable Entity | Relationship to Party |
|---|---|
| Advanced Disposal Services Alabama, LLC | Subsidiary |
| Stones Throw Landfill, LLC | Subsidiary |
| Sunflower CATS, LLC | Subsidiary |
| Sunflower EATS, LLC | Subsidiary |

Respectfully submitted this 17th day of January, 2008.

*/s/ J. Tobias Dykes*
J. Tobias Dykes (ASB-0483-E66J)
tdykes@constangy.com
**CONSTANGY, BROOKS & SMITH, LLC**
1819 Fifth Avenue North
Suite 900
Birmingham, Alabama 35203
Telephone (205) 252-9321
Facsimile (205) 323-7674

*/s/ Margaret P. Zabijak*
MARGARET P. ZABIJAKA
Florida State Bar No. 0119880
200 West Forsyth Street, Ste. 1700
Jacksonville, FL 32202-4317
(904) 356-8900

**ATTORNEYS FOR DEFENDANTS ADVANCED DISPOSAL SERVICES AND URRUTIA, INC.**

320908.1

## CERTIFICATE OF SERVICE

This is to certify that the undersigned electronically filed the foregoing Motion for Extension with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

> Gregory O. Wiggins
> WIGGINS CHILDS QUINN & PANTAZIS, LLC
> The Kress Building
> 301 19th Street North
> Birmingham, AL  35203
>
> Allwin E. Horn, IV
> ALLWIN E. HORN, IV, PC
> 1130 South 22nd Street, Ste. 4500
> Birmingham, AL  35205

This 17th day of January, 2008.

> /s/ J. Tobias Dykes
> Counsel of Record

320908.1