IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MITCHELL MOONEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1018-WKW |
| ) | |
| ADVANCED DISPOSAL SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the parties' Rule 26(f) Report, in which the parties represent that this is a potential collective action pursuant to the Fair Labor Standards Act and that the plaintiffs intend to ask for conditional class certification and notice. Therefore, it is ORDERED that:

1. The plaintiff shall file her motion for conditional class certification and court-authorized notice, supporting brief and any evidentiary submission, and proposed notice form **on or before March 31, 2008.**

2. The defendants shall file a response brief, any evidentiary submission, and any objection to the proposed notice form **on or before April 21, 2008.**

3. The plaintiff may file a reply brief **on or before May 5, 2008.**

Additional scheduling dates and deadlines will be set after the court determines the issue of conditional certification.

DONE this 5th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE