IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MITCHELL C. MOONEY, | ) | |
| HARRISON GILMORE, | ) | |
| DONNIE L. THARP, and | ) | |
| SAMUEL KING, on behalf of | ) | |
| themselves and others similarly | ) | |
| situated, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER: |
| | ) | 3:07-cv-1018 |
| | ) | JURY DEMAND |
| ARROW DISPOSAL/ADVANCE/ | ) | UNOPPOSED |
| URRUTIA, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ONE WEEK'S
EXTENSION TO FILE NOTICE SUBMISSIONS**
_____

**COME NOW** the plaintiffs, by and through the undersigned counsel, and move this Honorable Court for a week's extension of all the Notice Submissions. As grounds for this Motion, the plaintiffs state the following:

1. Currently, pursuant to the Court's March 5, 2008 Order, the briefing schedule is as follows:

1

>Plaintiffs' supporting brief and any evidentiary submission, and proposed form is due on or before March 31, 2008;
>
>Defendant's response brief, any evidentiary submission and any objection to the proposed notice on or before April 21, 2008;
>
>Plaintiffs may file a reply brief on or before May 5, 2008.

2. Plaintiffs' unsigned counsel was out of the office most of last week and will be out of the office this week in Austin, Texas at a MDL oral argument.

3. Plaintiffs' counsel has spoken with defendant's counsel and defendant is not opposing to moving all Notice submissions one week as follows with the understanding that the one week's extension does not toll claims during that week:

>Plaintiffs' supporting brief and any evidentiary submission, and proposed form is due on or before April 7, 2008;
>
>Defendant's response brief, any evidentiary submission and any objection to the proposed notice on or before April 28, 2008;
>
>Plaintiffs may file a reply brief on or before May 12, 2008.

**WHEREFORE**, for the foregoing reasons, the plaintiffs respectfully

request this Honorable Court grant the requested one-week extension of

all pending Notice submissions as set forth above.

            Respectfully submitted,


            /s/Gregory O. Wiggins
            Gregory O. Wiggins
            Counsel for the Plaintiffs


OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500


Allwin E. Horn, IV
ALLWIN E. HORN, IV, PC.
1130 South 22nd Street, Suite 4500
Birmingham, Alabama 35205
205/877-8700

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have filed the above and foregoing by CM/ECF today, March 25, 2008, with copies being served on:

Margaret P. Zabijaka
Constangy, Brooks & Smith, LLC
200 West Forsyth Street, Suite 1700
Jacksonville, Florida 32202-4317

Tobias J. Dykes
Constangy, Brooks & Smith, LLC
One Federal Place, Suite 900
1819 Fifth Avenue South
Birmingham, Alabama 35203

                                            /s/Gregory O. Wiggins
                                            OF COUNSEL