IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MITCHELL MOONEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 3:07-cv-1018-WKW |
| | ) |
| ADVANCED DISPOSAL SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiffs' unopposed motion (Doc. # 22) for an extension to file her motion for conditional class certification and court-authorized notice, it is ORDERED that the motion is GRANTED and that:

1.  The plaintiff shall file her motion for conditional class certification and court-authorized notice, supporting brief and any evidentiary submission, and proposed notice form **on or before April 7, 2008**;

2.  The defendants shall file a response brief, any evidentiary submission, and any objection to the proposed notice form **on or before April 28, 2008**; and

3.  The plaintiff may file a reply brief **on or before May 12, 2008.**

DONE this 27th day of March, 2008.

　　　　　　　　　　　　　　　　  /s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE