IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MITCHELL MOONEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1018-WKW |
| ) | |
| ADVANCED DISPOSAL SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the defendants' Motion to File Sur-Reply (Doc. # 28), it is ORDERED that the motion is GRANTED for the limited purpose of clarifying the record as to the relationship between the defendants and their respective scopes of operation. No additional argument will be allowed. The deadline for filing the sur-reply is **on or before May 28, 2008**.

DONE this 22nd day of May, 2008.

                                                /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE